# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE EUSEBIO,<br>   Plaintiff,<br><br>   v.<br><br>JBS USA HOLDINGS, INC., et al.,<br>   Defendants. | EDCV 18-1532 DSF (ASx)<br><br>Order REMANDING Case |

  This case was removed based on diversity jurisdiction. However, the citizenship of Defendant JBS USA, LLC is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, this case is REMANDED to the Superior Court of California, County of Riverside.

  IT IS SO ORDERED.

Date: 8/2/2018

              Dale S. Fischer
              United States District Judge